UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS
AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
               Plaintiffs,

-against-

NORTH AMERICAN LINENS, LLC,
               Defendant.

NO. _____

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the <u>Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE!</u> certifies that other than UNITE Fund Administrators, Inc., the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! has no corporate parents, subsidiaries or affiliates.

July 23, 2007
Date

Mark Schwartz, Esq. MS - 0148