UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!,
　　　　　　　　　　Plaintiffs,

against

NORTH AMERICAN LINEN, LLC,
　　　　　　　　　　Defendant.

AFFIDAVIT OF SERVICE
07 Civ. 6631 (DLC)

STATE OF NEW YORK　)
　　　　　　　　　　) ss.
COUNTY OF NEW YORK )

Michele Reid, being duly sworn, deposes and says:

　　1.　I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

　　2.　On September 18, 2007 I served the Plaintiffs herein with a copy of the Notice of Dismissal Pursuant to Rule 41(a) by causing a true copy of said Notice addressed to the Defendant at 165 Branchport Avenue, Long Branch, New Jersey 07740 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7005 1160 0004 3543 2348 and regular mail.

　　　　　　　　　　　　　　　　　　　　_Michele Reid_
　　　　　　　　　　　　　　　　　　　　Michele Reid

Sworn to, before me, this
18th day of September 2007.

_Annie Elizabeth Habeeb_

ANNIE ELIZABETH HABEEB
Notary Public, State of New York
No. 01HA6150367
Qualified in Suffolk County
Commission Expires 7/24/2010