UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!,
  Plaintiffs,

against

NORTH AMERICAN LINEN, LLC,
  Defendant.

---

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)
07 Civ. 6631 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-3-07

SIRS:

**PLEASE TAKE NOTICE**, that the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! (hereinafter, the "Plaintiffs"), having commenced the within action by filing the Summons and Complaint on July 24, 2007, and a copy of the Summons and Complaint having been served on North American Linen, LLC (hereinafter, the "Defendant"), and no Answer, Counterclaim nor Motion for Summary Judgment having been served by the Defendant, and it being the Plaintiffs' intention to voluntarily dismiss this action without prejudice;

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: September 18, 2007
       New York, New York

*[signature]*
Mark Schwartz, Esq. – MS 0148
Attorney for Plaintiffs
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275

**SO ORDERED:**

*[signature]*
Denise L. Cote
United States District Court Judge
October 2, 2007